[No. 21801-5-III. Division Three. February 7, 2006.]

*In the Matter of the Marriage of* DAVID BAYS, *Respondent,* and LINDA J. ERICKSON, *Appellant.*

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 01-3-00023-3, Paul A. Bastine, J., entered February 18, 2003. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kato, C.J., and Sweeney, J.

[No. 23737-1-III. Division Three. February 7, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL HERBERT DUNBAR, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 00-1-00073-2, Linda G. Tompkins, J., entered January 4, 2005. *Affirmed* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Sweeney, A.C.J., and Schultheis, J.

[No. 23956-0-III. Division Three. February 7, 2006.]

GORDON H. CRAFTS ET AL., *Respondents,* v. DAVID PITTS, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 03-2-06290-6, Harold D. Clarke III, J., entered March 11, 2005. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kato, C.J., and Thompson, J. Pro Tem.

[No. 23377-4-III. Division Three. February 9, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. LYNNE ADAMS, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 02-1-00887-2, Dennis D. Yule, J., entered September 15, 2004. *Dismissed* by unpublished opinion per Kato, C.J., concurred in by Sweeney and Brown, JJ.